UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-419-GW-MRWx | Date | July 18, 2024 |
|---|---|---|---|
| Title | *Betty Jean Martin v. Walmart, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 18, 2024, Defendant Walmart, Inc. filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for September 19, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on September 18, 2024.

| | : | |
|---|---|---|
| Initials of Preparer | JG | |