**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JEAN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., et al.,<br><br>    Defendant. | Case No.  CV 24-419-GW-MRWx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: September 12, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE